IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GIOVANNI JOHNATHAN WHITE, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> RYAN RAINES, Public Defender, ) </br> and NOAH ABRAHAN, District ) </br> Attorney, ) </br> ) </br> Defendants. ) </br> ) | CASE NO. CV415-011 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3rd day of April 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
_____ M
4\3 20 15
Deputy Clerk